# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

ENTER CHARGE NUMBER
- [ ] FEPA
- [ ] EEOC 563-2023-03310

MISSOURI COMMISSION ON HUMAN RIGHTS AND EEOC

| NAME | irth | HOME TELEPHONE NO. |
|---|---|---|
| Kasey Anderson | [redacted] | [redacted] |

| Street Address | City, State and Zip Code | County |
|---|---|---|
| 4900 N. Fremont Avenue | Kansas City, MO 64119 | USA |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP, COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| EquipmentShare.com, Inc. | >15 | (573) 299-5222 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 5710 Bull Run Drive | Columbia, MO 65201 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
- [ ] RACE
- [ ] COLOR
- [x] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [x] RETALIATION
- [ ] AGE
- [ ] DISABILITY
- [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE (Month, day, year)
January 2022 to the present

[x] CONTINUING ACTION

I began my employment with EquipmentShare.com, Inc. on November 5, 2018. As a female employee, I was promoted through a variety of positions before being named as the Manager of the newly created Customer Success Team for EquipmentShare.com, Inc.'s T3 department in approximately January of 2022. Kris Dunn, a male co-employee who held the title of Director of T3 Sales, was the person who promoted me and was my direct supervisor at that time. When I was promoted to Manager of the Customer Success Team, I was tasked with creating processes, systems and metrics for the Customer Success Team and hiring additional team members. At the time of my termination, I was managing two teams of employees, with approximately 30 employees between the two teams.

Previously, I expressed my interest to my supervisor in becoming the Director of Customer Success and Sales Success, sometime during the 2nd or 3rd quarter of 2022; however, Jerry Lasley, a male co-employee, was named as Director of Customer Success and Sales Success and became my direct supervisor. At that point, Mr. Lasley reported directly to Kris Dunn, instead of me. I believe that a motivating factor in Mr. Lasley being named as a Director, instead of me, was that he was male and I am female. Mr. Lasley was named Director of Customer Success and Sales Success, despite being removed as Director of Sales for not meeting goals set by Equipmentshare.com, Inc. for him as Director of Sales. Another immediate issue with his promotion was that his son, Gabriel Lasley, became his subordinate in his new position. I expressed my concerns about Mr. Lasley's new role with Kris Dunn, but no significant action was taken based on my concerns.

Jerry Lasley was replaced as Director of Sales by another male co-employee, Jesse Johnsey. Instead of directing and aiding me in managing the Customer Success Teams, Mr. Lasley spent the majority of his time focused on Jesse Johnsey's sales metrics and finding fault in how he performed as the Director of Sales. During the time Mr. Lasley was my direct supervisor, his reviews and critiques of my performance were directed at issues that I do not believe would have been addressed had I been male. For example, he also refused to allow me to address certain personnel issues with male employees because he believed that the information would be received better from a male perspective. Throughout my employment, I felt as though I was treated differently as a female than similarly situated male co-employees. I witnessed male supervisory co-employees take inappropriate and discriminatory actions,

without being disciplined or terminated, while I along with female employees were disciplined for lesser workplace issues.

In early 2023, Kris Dunn asked if I would be interested in becoming the Director of Customer Success and Sales Success. He told me that he wanted me to promote me into that role, along with rewarding me with a raise in salary, stock options and bonus potential based on sales performance. Shortly afterward, Kris Dunn then asked about my interest in moving into Jerry Lasley's Director role following his departure from the company. He reiterated that he would be promoting me to replace Mr. Lasley as Director, but that he wanted to wait a few weeks for the "dust to settle." On March 31, 2023, I again asked Kris Dunn about the promotion. Prior to my termination on August 2, 2023, I was never promoted into the Director of Customer Success and Sales Success.

Throughout my employment, I was paid less than similarly situated male employees and promised promotions, salary increases and other benefits that were provided to male employees, but never granted to me. In April of 2023, while interviewing candidates for a position that was commiserate with, or lesser than, my position in terms of responsibility, I was able to confirm the pay disparity between similarly situated male and female employees. When I brought my concerns about pay equality to Kris Dunn and Human Resources, it did not result in me obtaining equal pay to similarly situated male co-employees.

In July of 2023, I informed Kris Dunn of a number of troubling incidents and/or issues related to Jesse Johnsey. Including, without limitation, Mr. Johnsey acting disrespectfully to a female employee on my team and financial discrepancies that I had discovered while auditing customer accounts. To my knowledge, Mr. Johnsey was never disciplined as a result of these incidents. Instead, I, along with other co-employees who were critical of Mr. Johnsey's job performance, have been terminated.

On August 2, 2023, Kris Dunn and a representative from Human Resources called me and terminated my employment with Equipmentshare.com, Inc. Human Resources informed me that they had reviewed my leadership style extensively and determined that my style did not align with Equipmentshare.com, Inc.'s values.

The stated reason for my termination was pretextual. I was terminated because I am female and in retaliation for raising issues to Equipmentshare.com, Inc. leadership regarding, without limitation: equal treatment of male and female employees; equal pay for male and female employees performing substantially similar roles for Equipmentshare.com, Inc.; and for reporting concerns regarding Mr. Johnsey's disrespectful and discriminatory treatment of female co-employees and unethical manner in which he billed Equipmentshare.com, Inc. customers in order to inflate his income from sales commissions. As a result of Equipmentshare.com, Inc.'s discriminatory and retaliatory actions directed at me, I have suffered economic and non-economic damages, including, without limitation, loss of income, loss of stock options, and emotional and mental distress and anguish.

---

I declare under penalty of perjury that the foregoing is true and correct.

Oct 23, 2023     Kasey Anderson

Date                              Charging Party (Signature)

**NOTARY** - (When necessary to meet State and Local Requirements)

_____ I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

*Kasey Anderson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month and year)

# Anderson, K-EEOC Charge

Final Audit Report　　　　　　　　　　　　　　　　　　　　　　　　2023-10-23

| | |
|---|---|
| Created: | 2023-10-23 |
| By: | Lauren Allen (lpa@laurenallenllc.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAvsxAU1197p5HTOobNYenFQBbyEUEuWWD |

## "Anderson, K-EEOC Charge" History

- Document created by Lauren Allen (lpa@laurenallenllc.com)
  2023-10-23 - 6:10:48 PM GMT- IP address: 108.167.70.71

- Document emailed to Kasey Anderson (ake.anderson10@gmail.com) for signature
  2023-10-23 - 6:11:47 PM GMT

- Email viewed by Kasey Anderson (ake.anderson10@gmail.com)
  2023-10-23 - 7:29:48 PM GMT- IP address: 66.249.80.102

- Document e-signed by Kasey Anderson (ake.anderson10@gmail.com)
  Signature Date: 2023-10-23 - 7:30:27 PM GMT - Time Source: server- IP address: 75.98.114.228

- Agreement completed.
  2023-10-23 - 7:30:27 PM GMT

Adobe Acrobat Sign