IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| KASEY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:24-cv-00531-BCW |
| | ) | |
| EQUIPMENTSHARE.COM, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Defendant Equipmentshare.com Inc, hereby gives notice of the following corporate interests:

1. Defendant has no publicly-traded parent, subsidiary, or affiliated companies.

2. No publicly-held company owns 10% or more of the corporation.

Respectfully submitted this 30th day of September, 2024.

*/s/ R. Evan Jarrold*
R. Evan Jarrold, MO Bar No. 64936
Constangy, Brooks, Smith & Prophete, LLP
1201 Walnut St., Suite 2350
Kansas City, Missouri 64106
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
ejarrold@constangy.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2024, a true and correct copy of the above and foregoing was served via the Court's electronic filing system, on the following:

Lauren Perkins Allen
Lauren Allen, LLC
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 877-8120
Facsimile: (816) 817-1120
lpa@laurenallenllc.com

and

Erik P. Klinkenborg
Jonathan Buschmann
North KC Law
1236 Swift Avenue
North Kansas City, Missouri
Telephone: (816) 472-4440
Facsimile: (816) 472-4442
erik@northkclaw.com
jonathan@northkclaw.com

ATTORNEYS FOR PLAINTIFF

                                            */s/ R. Evan Jarrold*
                                            Attorney for Defendant