| | |
|---|---|
| **KASEY ANDERSON,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**EQUIPMENTSHARE.COM INC.,** )<br>)<br>**Defendant.** ) | Case No. 4:24-cv-00531-BCW |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Equipmentshare.com Inc. ("Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment against Plaintiff Kasey Anderson on all of the claims asserted in her pleadings and otherwise. As explained in Defendant's Memorandum in Support of Summary Judgment being contemporaneously filed with this Motion, and which is incorporated herein by reference, Plaintiff cannot present a genuine issue of disputed fact that would allow any of her claims to go forward as a matter of law.

WHEREFORE, Defendant respectfully requests the Court grant summary judgment on all of Plaintiff's claims, dismiss Plaintiff's Complaint with prejudice, and for such other and further relief as the Court deems proper.

Respectfully submitted this 16th day of May, 2025.

*/s/ R. Evan Jarrold*
R. Evan Jarrold, MO Bar No. 64936
Constangy, Brooks, Smith & Prophete, LLP
1201 Walnut St., Suite 2350
Kansas City, Missouri 64106
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
ejarrold@constangy.com

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May, 2025, a true and correct copy of the above and foregoing was served via the Court's electronic case filing system, on the following:

Lauren Perkins Allen
Lauren Allen, LLC
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 877-8120
Facsimile: (816) 817-1120
lpa@laurenallenllc.com

and

Erik P. Klinkenborg
Jonathan Buschmann
North KC Law
1236 Swift Avenue
North Kansas City, Missouri
Telephone: (816) 472-4440
Facsimile: (816) 472-4442
erik@northkclaw.com
jonathan@northkclaw.com

ATTORNEYS FOR PLAINTIFF

                                            */s/ R. Evan Jarrold*
                                            Attorney for Defendant