# EXHIBIT 3


**Kasey Anderson** 1:13 PM
As a side note, the document highlights the reminders I've sent in Slack in the past about remote work expectations. Bringing this archived message back to CS remembrance, new for SS!: 🙂

HOUSE KEEPING REMINDERS:
- Be ready to start your day when you clock-in! None of this funny business
- Watch your time cards - if you feel something will take you into OT please get approval first. Otherwise, be like this lady.
- Whether you're out of office or clocking out for a short period make sure you follow the steps of notifying the right stakeholders and OOO procedure when applicable. Don't use these, just laugh.
- 15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😬 Or else - I see you.
- Don't push tasks back in HS. Do them as they come up. If you find yourself doing this often, you might need help! Is the problem you? If not, Ask for help! Don't find yourself in Kris Kardashian's seat.🙂
- Use your resources. We have FAQs, slack channels to other teams, process docs and videos, etc. Check these when you're unsure of next steps. If you're unable to locate, then ask your team. This is not the right way.
- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 😈 Keep it real.

FRIENDLY REMINDER/PSA>>

Please kindly acknowledge with an emoji. TY! 🙂



CONFIDENTIAL

Equipmentshare/Anderson
000188



**Cindy Hudson** 2:02 PM — July 27th, 2023

From Kasey:

Hey team. Heads up that you'll be receiving a document from your T3 Success Supervisor that is required to be signed. This document states the current handbook policies on timekeeping and attendance, as well as team expectations for both. I've included additional information about OT and Performance Reviews.

Please read over the entire document carefully and sign by EOD tomorrow. Please don't hesitate to reach out should you have any questions! TY!

Kasey Anderson [1:13 PM]

As a side note, the document highlights the reminders I've sent in Slack in the past about remote work expectations. Bringing this archived message back to CS remembrance, new for SS!: 🙂

HOUSE KEEPING REMINDERS:
- Be ready to start your day when you clock-in! None of this funny business
- Watch your time cards - if you feel something will take you into OT please get approval first. Otherwise, be like this lady.
- Whether you're out of office or clocking out for a short period make sure you follow the steps of notifying the right stakeholders and OOO procedure when applicable. Don't use these, just laugh.
- 15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😬 Or else - I see you.
- Don't push tasks back in HS. Do them as they come up. If you find yourself doing this often, you might need help! Is the problem you? If not, Ask for help! Don't find yourself in Kris Kardashian's seat.🙂
- Use your resources. We have FAQs, slack channels to other teams, process docs and videos, etc. Check these when you're unsure of next steps. If you're unable to locate, then ask your team. This is not the right way.
- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 👾 Keep it real.

FRIENDLY REMINDER/PSA>> (edited)

Have you seen this......

Sorry, hey Kris how are you doing....

I just dive right in dont I...

I have an appt from 3:30-4:30 so just let me know when you have some time to chat. I am off tomorrow. We can table this to Monday and meet early if needed. This has already been sent out.

Hey team. Heads up that you'll be receiving a document from your T3 Success Supervisor that is required to be signed. This document states the current handbook policies on timekeeping and attendance, as well as team expectations for both. I've included additional information about OT and Performance Reviews.Please read over the entire document carefully and sign by EOD tomorrow. Please don't hesitate to reach out should you have any questions! TY!Kasey Anderson  [1:13 PM]
As a side note, the document highlights the reminders I've sent in Slack in the past about remote work expectations. Bringing this archived message back to CS remembrance, new for SS!: 🙂 HOUSE KEEPING REMINDERS:

- Be ready to start your day when you clock-in! None of this funny business

- Watch your time cards - if you feel something will take you into OT please get approval first. Otherwise, be like this lady.

- Whether you're out of office or clocking out for a short period make sure you follow the steps of notifying the right stakeholders and OOO procedure when applicable. Don't use these, just laugh.

- 15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😆 Or else - I see you.

- Don't push tasks back in HS. Do them as they come up. If you find yourself doing this often, you might need help! Is the problem you? If not, Ask for help! Don't find yourself in Kris Kardashian's seat.🙂

- Use your resources. We have FAQs, slack channels to other teams, process docs and videos, etc. Check these when you're unsure of next steps. If you're unable to locate, then ask your team. This is not the right way.

- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 😈 Keep it real.

FRIENDLY REMINDER/PSA>>


----Deleted message (by Kasey)





Equipmentshare/Anderson
CONFIDENTIAL
000197

- **Be ready to start your day when you clock-in! None of this funny business**

https://www.instagram.com/reel/CmsEQWztDyx/?igshid=MDJmNzVkMjY%3D



- **Watch your time cards - if you feel something will take you into OT please get approval first. Otherwise, be like this lady.**

https://www.instagram.com/reel/Cnkly9cBlbO/?igshid=MDJmNzVkMjY%3D



CONFIDENTIAL

Equipmentshare/Anderson
000198

- Whether you're out of office or clocking out for a short period make sure you follow the steps of notifying the right stakeholders and OOO procedure when applicable. **Don't use these, just laugh**.

https://www.instagram.com/reel/ClWVlput3Jk/?igshid=MDJmNzVkMjY%3D



- **15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😉 Or else - I see you**.

https://www.instagram.com/reel/Cn0COdeLYuv/?igshid=MDJmNzVkMjY%3D



CONFIDENTIAL

Equipmentshare/Anderson
000199

- Don't push tasks back in HS. Do them as they come up. If you find yourself doing this often, you might need help! **Is the problem you**? If not, Ask for help! Don't find yourself in **Kris Kardashian's seat**. 😊

https://www.instagram.com/reel/CkHgfOAj9gR/?igshid=MDJmNzVkMjY%3D



https://www.instagram.com/reel/CkWOT5fDpjr/?igshid=MDJmNzVkMjY%3D



CONFIDENTIAL

Equipmentshare/Anderson
000200

- Use your resources. We have FAQs, slack channels to other teams, process docs and videos, etc. Check these when you're unsure of next steps. If you're unable to locate, then ask your team. **This is not the right way**.

https://www.instagram.com/reel/ClRxO59jecg/?igshid=MDJmNzVkMjY%3D



- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 😈 **Keep it real**.

https://www.instagram.com/p/CnFCtaTOd2A/?igshid=MDJmNzVkMjY%3D



Case 4:24-cv-00531-BCW   Document 30-3   Filed 05/16/25   Page 8 of 11
CONFIDENTIAL
Equipmentshare/Anderson
000201

FRIENDLY REMINDER/PSA>>

https://www.instagram.com/reel/Cl9JLojMpHp/?igshid=MDJmNzVkMjY%3D




CONFIDENTIAL
Equipmentshare/Anderson
000202



**Kasey Anderson**

**Kris Dunn** 9:42 AM — July 28th, 2023
I did due diligence and definitely a MAJOR oversight on my part.

I know we discussed & I approved:
https://docs.google.com/document/d/1qPx5eCk33ud54hsNodJaR1QmZ1hamb71FWaJGBsL2YQ/edit

But did not discuss & approve the following (which is definitely the crux of concern):

HOUSE KEEPING REMINDERS:
- Be ready to start your day when you clock-in! None of this funny business
- Watch your time cards - if you feel something will take you into OT please get approval first. Otherwise, be like this lady.
- Whether you're out of office or clocking out for a short period make sure you follow the steps of notifying the right stakeholders and OOO procedure when applicable. Don't use these, just laugh.
- 15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😉 Or else - I see you.
- Don't push tasks back in HS. Do them as they come up. If you find yourself doing this often, you might need help! Is the problem you? If not, Ask for help! Don't find yourself in Kris Kardashian's seat. 🙂
- Use your resources. We have FAQs, slack channels to other teams, process docs and videos, etc. Check these when you're unsure of next steps. If you're unable to locate, then ask your team. This is not the right way.
- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 👿 Keep it real.

Per HR:
- 15 minute response time in slack if online and not in a meeting (Keep slack open at all times on that extra monitor you got 😉 Or else - I see you.
- When you request time-off we need a reason. Do not leave the reason blank. Do not just say "thank you". I will decline your request just for fun so you have to do it again 👿 Keep it real.

Kasey Anderson | Google Docs

**T3 Success Team Attendance & Timekeeping Expe...**
Google Doc

**Kasey Anderson** 10:02 AM

You are viewing the archives of a deactivated account [Close]


EXHIBIT
13

Kasey Anderson ⌄                                                                                    Canvas   ✕

Team Expectation:                                          July 28th, 2023 ⌄

**Kasey Anderson** 10:02 AM
The crux of the concern is requiring a 15 minute response time??

And giving us a reason for time off??

**Kasey Anderson** 10:08 AM
I did go ahead and delete that message. But I'd like to connect with Cindy soon. I feel odd about her now not connecting with me directly about concerns. Things are being discussed about my judgement call without asking me directly about it. The handbook mentions manager discretion throughout...If I'm breaking policy, I'd like her to tell me directly so I can learn as a manager. (edited)

The only way I can describe the way I feel about it (the best example I can think of lol) Is that in these situations, I'm the child, Cindy is the teacher and you are the parent. It's not a good feeling. 😕 She still hasn't provided the resources for manager/HR issues trainings that I've asked for either.

I'm going to take the advice of "walking away" from it though. Back to focusing on business. Can't let this kind of stuff get in the way of everything else that needs to be accomplished to be successful.

**Kris Dunn** 10:15 AM
On webinar so easily distracted but:

"Or else"
and
"i will decline your request just for fun so you have to do it again"
and
"FRIENDLY REMINDER/PSA>>"

HR does want to connect with the individuals who reached out before having any further discussions - which should all occur by Monday.

I will push to have all the clarity needed or ball rolling by Monday, though.

**Kasey Anderson** 11:04 AM
For what it's worth - if I don't have a chance to be involved to state my side/perspective, please communicate on my behalf that "or else" is actually "Or else - I see you." It's meant to be playful and funny, not a threat. Same thing with "I will decline your request for fun". It was a joke. This was a recycled message from Customer Success that was playful and well-received at that time I shared it months ago. There's a culture within Customer Success (generally) that we've built to get the work done but try to have fun moments while doing it.

**Kris Dunn** 11:05 AM
I believe you'll have the platform, regardless.

**Kasey Anderson** 11:06 AM
I did tell Rachelle and Haley this morning that I am truly handing off all personnel items to them moving forward. I will stay focused on the business needs and allow them to take a more active role in the day-to-day personnel stuff. I can't gauge if they're successful at their jobs if I make decisions/posts about expectations on their behalf. I'm better at setting direction and solving problems. That's where my focus will be exclusively.

🗑 You are viewing the archives of a deactivated account    Close