# **EXHIBIT 4**

 **Kasey Anderson** 

**Kasey Anderson** 3:24 PM    April 20th, 2023

I also wanted to formally ask for a review of my current salary should my role not being changing soon. My thought was modifying it via a merit-based increase through UKG (which are due the 20th of each month 😅 - this day snuck up on me!). The specific request is that my pay be more in line with what Customer Success Managers make based on the below data.

Stats:

The median salary for CS Manager is $114,577. However, the estimated salary appropriate for my role based on being in Kansas City, KS, having a Bachelor's Degree, having 1-2 years of experience in this job, managing a team of 26, reporting to Senior/Top management, and my performance being above expectations in *most* areas is $110,072.

I'm not suggesting my pay should be $110K, as I know you were saying that Directors here start at 100K. But I do think my pay should be more in line to reflect my 4.5 years with he company, the knowledge and value I add to the organization and T3 teams, the success I've had in building and managing the team and the success I have had already in turning around and managing the Sales Success team.

I love what I do. I want to keep getting better and be here for the long haul as a team member with vested interest in the success of this company. Let me know if you'd like me to submit a formal request via email. I have supplemental documentation I can provide as well.

Appreciate your consideration! 🙏

Screenshot 2023-04-20 at 3.07.15 PM.png




EXHIBIT 7



**Kasey Anderson** 6:53 PM
Good afternoon! Apologies for the delay. Busy Monday!

Information for my position pay increase if needed for quick reference (🙌):
Employee ID: 0557
Start Date: 11/05/2018
Current Salary: $80,200.00
Proposed Salary: $90,200.00

The linked doc below includes the following new positions (🙌):
- T3 SUCCESS SUPERVISOR I
- T3 SUCCESS SUPERVISOR II
- CUSTOMER SUCCESS TRAINING LEAD (we didn't talk about this but it would be great to give the CSTs a "Lead" role for growth opp)
- CUSTOMER SUCCESS LEAD I
- CUSTOMER SUCCESS LEAD II

T3 Customer/Sales Success Positions

Budget Update: I cut the former budget request by more than half - from $130K to $48,750. 💰
NEW Proposed Budget for Q2-Q4 2023

Could you let me know once new positions and pay change request have been submitted? 🙏 Thanks again for the support! 🙂 (edited)

2 files ▾

| 📄 T3 Customer/Sales Success Positio... Google Doc | ❎ Customer Success Team Proposed ... Google Excel Spreadsheet |

1 reply 1 year ago

April 25th, 2023

**Kris Dunn** 12:09 PM
Submitted your increase. I'll send these positions over to to Willy & Hannah so Willy has insight on the new roles.

In the merit increase request I also include write ups that state, on top of everything else, this change for kasey allows for the new supervisory roles/growth of her teams.

😟 1  ❤️ 1

**Pay Change Request for Kasey Lynn Anderson has been Approved** External Work

noreply@saashr.com
to me
Log email to HubSpot

Thu, Jun 15, 2023, 4:16 PM

Kristopher,

Your pay change request for Kasey Lynn Anderson submitted for review on 04/25/2023 has been approved. You may review the approved form by logging in to UKG and looking for the form under My Notifications (the bell icon in the upper right corner of the screen) to view details.

After reviewing, please communicate the approved rate to Kasey Lynn Anderson.

Please do not reply to this message as this account is not monitored. You may contact payroll@equipmentshare.com if you have questions.

Reply     Forward

