IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KASEY ANDERSON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 24-0531-CV-W-BCW<br>) |
| EQUIPMENTSHARE.COM, INC., | )<br>)<br>) |
| Defendant. | ) |

   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendant's motion for summary judgment (Doc. #29) is GRANTED.

August 21, 2025  
Date

Paige Wymore-Wynn  
Clerk of Court

/s/ Tracy L. Diefenbach  
(by) Deputy Clerk