# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| KASEY ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00531-BCW |
| EQUIPMENTSHARE.COM, INC., | ) |
| Defendant. | ) |

## AFFIDAVIT OF R. EVAN JARROLD

I, R. Evan Jarrold, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth below.

2. I am Counsel with the law firm of Constangy, Brooks, Smith, & Prophete LLP, 1201 Walnut Street, Suite 2350, Kansas City, Missouri 64106. I am admitted to this Court as counsel for Defendant, EquipmentShare.com, Inc. ("Defendant").

3. An Order [Dkt. 46] granting Defendant's Motion for Summary Judgment was entered on August 21, 2025.

4. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.1, Defendant timely filed its Bill of Costs [Dkt. 48] with the Court on September 11, 2025.

5. The documents attached to Defendant's Memorandum in Support of its Bill of Costs [Dkt. 48], also filed with the Court on September 11, 2025, are true and correct copies of the allowable invoices for costs necessarily incurred by Defendant in this matter, as related to services – actually and necessarily performed – for which fees have been charged.

6. The total reimbursable amount is $4,611.30.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Further sayeth the Affiant naught.

_____
R. Evan Jarrold

## NOTARY

The foregoing instrument was acknowledged before me this 11th day of September, 2025, by R. Evan Jarrold, who is personally known to me and who did take an oath.

_____
Notary Public, State of Missouri
(Signature)

Michele Gregory
_____
Notary Public, State of Missouri
(Print Name)

My Commission Expires on: _____

```
MICHELE GREGORY
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES MARCH 31, 2029
JACKSON COUNTY
COMMISSION #13465976
```